**SAO**
**MICHAEL A. DIRENZO, ESQ.**
Nevada Bar No. 13104
**MORGAN & MORGAN**
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada 89119
Telephone: (213) 266-4875
Facsimile: (213) 418-3908
Email: michael.direnzo@forthepeople.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAKAN HAMAWI, an individual,<br><br>Plaintiff,<br>vs.<br><br>SUSAN WOLOSZ, an individual; JOHN A. WOLOSZ, an individual; DOES I through X; and ROE BUSINESS ENTITIES II through XX, inclusive,<br>Defendants. | CASE NO.: 2:26-CV-00556-APG-BNW<br><br>**STIPULATION AND ORDER REGARDING THE FRCP 35 EXAMINATION OF PLAINTIFF RAKAN HAMAWI** |

WHEREAS, on July 8, 2026, Defendants SUSAN WOLOSZ AND JOHN A. WOLOSZ, requested **Plaintiff RAKAN HAMAWI** appear for a Medical Examination pursuant to FRCP 35; and, WHEREAS, the examination is scheduled to occur on **July 16, 2026**, at **9:30 a.m.**, and is to be performed by **Dr. Timothy Sutherland, M.D.** located at **DESERT ORTHOPAEDIC CENTER, 2800 E. Desert Inn Road, Suite 100, Las Vegas, Nevada 89121**, and WHEREAS, the parties wish to specify certain parameters that will govern the examination. IT IS HEREBY STIPULATED, by and between MICHAEL A. DIRENZO, ESQ., of the law firm MORGAN & MORGAN, as counsel for Plaintiff, RAKAN HAMAWI, and KELLY MARIE SMITH, ESQ., of the LAW OFFICES OF CHRISTINE G. MOORE, as counsel for Defendants SUSAN WOLOSZ AND JOHN A. WOLOSZ, that Dr. Sutherland's medical examination of Plaintiff be limited as follows:

1. Good cause exists to allow an FRCP 35 examination of Plaintiff in light of his claimed injuries from the subject accident.

2. The examination of Plaintiff, RAKAN HAMAWI, will take place on July 16, 2026, at 9:30 a.m. Plaintiff will arrive for his examination 30 minutes beforehand;

3. Should the examining physician require the Plaintiff to complete any paperwork, the same will be provided to Plaintiff's counsel five (5) days in advance, and Plaintiff will not be required to complete any medical forms at the time of his examination;

4. The examination will be limited to a physical examination; no mental examination will be conducted;

5. Plaintiff's physical examination will be limited to those body parts that Plaintiff alleges was injured in the incident giving rise to this action.

6. The examination will not exceed two (2) hours from intake to the time Plaintiff is released to leave the office;

7. During the examination, no x-rays, MRI's, or other forms of imaging of Plaintiff will be taken;

8. There will be no intrusive tests;

9. There will be no questions regarding liability or fault in the underlying case; however, the doctor may ask about the facts giving rise to the subject incident as well as the mechanism of each of Plaintiff's injury;

10. Plaintiff will not be asked to wear any inappropriate clothing, such as a hospital gown;

11. Only the examining physician and a medical staff member may attend the examination.

12. Defendants will provide Plaintiff with a copy of any report created by Dr. Sutherland, or his office, regarding this exam, within thirty (30) days of the examination.

13. An examiner may suspend the examination if an observer attending the examination disrupts or attempts to participate in the examination.

14. Plaintiff will not appear for any subsequent physical examinations with a physician in the same specialty regarding a physical examination of the same body parts.

DATED this 13th day of July 2026.

**MORGAN & MORGAN**

*/s/ Michael DiRenzo*
MICHAEL DIRENZO, ESQ.
Nevada Bar No.: 13104
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

DATED this 13th day of July 2026.

**LAW OFFICES OF CHRISTINE G. MOORE**

*/s/ Kelly Marie Smith*
KELLY MARIE SMITH, ESQ.
Nevada Bar No.: 9192
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
*Attorneys for Defendants*

**ORDER**

**It is ordered.**

UNITED STATES MAGISTRATE JUDGE

Dated: July 17, 2026

**Entered nunc pro tunc to:** July 14, 2026

Respectfully Submitted by:

**MORGAN & MORGAN**

*/s/ Michael DiRenzo*
MICHAEL DIRENZO, ESQ.
Nevada Bar No.: 13104
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

Outlook

**RE: *EXT*Hamawi v Wolosz - Case No. 2:26-cv-00556 - Notice of Rule 35 Exam**

**From** Smith, Kelly <Kelly.Smith2@usaa.com>
**Date** Fri 7/10/2026 1:39 PM
**To** Michael DiRenzo <michael.direnzo@forthepeople.com>; Sohamy Tejada <sohamy.tejada@forthepeople.com>; Signoretti, Benjamin <Benjamin.Signoretti@usaa.com>
**Cc** Andrea Truscello <andrea.truscello@forthepeople.com>; Diana Castro <diana.castro@forthepeople.com>

Thanks Michael. Yes, with those changes you can use an e-signature for me.

**Kelly Marie Smith, Esq**. | **Senior Trial Attorney | Las Vegas Staff Counsel**
Litigation Group, Legal and Advisory Services, USAA
Law Offices Of Christine G. Moore
2300 West Sahara Avenue – Suite 800
Las Vegas, NV 89102
My Direct Number: (702) 260-4967
Email: Kelly.Smith2@usaa.com
She/Hers

PRIVILEGED COMMUNICATION: This email and any attachments are confidential and subject to the Attorney-Client Privilege and, as a document prepared in the course of or in anticipation of litigation, is also subject to protection as Attorney Work Product. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and delete this copy from your system. Thank you for your cooperation.

---

**From:** Michael DiRenzo <michael.direnzo@forthepeople.com>
**Sent:** Friday, July 10, 2026 1:32 PM
**To:** Smith, Kelly <Kelly.Smith2@usaa.com>; Sohamy Tejada <sohamy.tejada@forthepeople.com>; Signoretti, Benjamin <Benjamin.Signoretti@usaa.com>
**Cc:** Andrea Truscello <andrea.truscello@forthepeople.com>; Diana Castro <diana.castro@forthepeople.com>
**Subject:** EXTERNAL: Re: *EXT*Hamawi v Wolosz - Case No. 2:26-cv-00556 - Notice of Rule 35 Exam

In an effort to move forward, we can agree to remove paragraphs 12 and 13. With those edits do we have permission to affix your signature and file.

**Michael DiRenzo**
**Attorney**

**T:** (725) 226-1371
**F:** (689) 285-6892